JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA  91403
Tel:  818 905 6611
Fax:  818 789 1375
Email:  jklowenstein@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONSTANCE KRISTEN CHONG | ) | CASE NO. CV 13-1044 SP |
| | ) | |
| Plaintiff | ) | ORDER AWARDING |
| | ) | ATTORNEY FEES UNDER EAJA |
| VS. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social | ) | |
| Security | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That  EAJA fees are awarded in the amount of $4,000.00, subject to the terms of the stipulation.

Dated: March 19, 2014    _____

SHERI PYM
U.S. MAGISTRATE

1